DOMENIC A. COSSI, ESQ.
JORY C. RUGGIERO, ESQ.
WESTERN JUSTICE ASSOCIATES, PLLC
303 West Mendenhall, Suite 1
Bozeman, Montana 59715
(406) 587-1900

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| THOMAS CURTIS and JANICE CURTIS, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO GENERAL AGENCY, INC., SAFECO INSURANCE, and JOHN DOES 1-10 <br><br> Defendants. | Cause No: CV-17-94-BLG-SPW <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

It is hereby stipulated between Plaintiffs Thomas and Janice Curtis and Defendants Safeco Insurance Company of Illinois, Safeco General Agency, Inc. and Safeco Insurance, by and through their respective attorneys of record, that the above-entitled action be, and the same hereby is, dismissed with prejudice, as being fully settled on the merits, each party to bear their own attorneys' fees and costs.  A proposed Order is attached for the Court's consideration and convenience.

Dated this 14th day of December, 2017.

                                    WESTERN JUSTICE ASSOCIATES, PLLC


                                    /s/ Domenic A. Cossi
                                    DOMENIC A. COSSI
                                    *Attorney for Plaintiffs*


                                    MATOVICH, KELLER & MURPHY, P.C.


                                    /s/ Brooke B. Murphy
                                    BROOKE B. MURPHY
                                    *Attorney for Defendants*


## CERTIFICATE OF SERVICE

     I hereby certify that on the 14th day of December, 2017, a true and accurate copy of the foregoing was served upon the parties listed below by electronic means to all of the parties noted in the Court's ECF transmission facilities:

Brooke B. Murphy
Matovich Keller Murphy, PC
2812 1st Avenue North, Ste. 225
P.O. Box 1098
Billings, MT 59103-1098


                                    /s/ Domenic A. Cossi
                                    Western Justice Associates, PLLC
                                    *Attorney for Plaintiff*