# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| THOMAS CURTIS and JANICE CURTIS, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO GENERAL AGENCY, INC., SAFECO INSURANCE, and JOHN DOES 1-10 <br><br> Defendants. | Cause No: CV-17-94-BLG-SPW <br><br><br> **ORDER DISMISSING WITH PREJUDICE** |

Upon the Stipulation for Dismissal with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the above-entitled action is **DISMISSED WITH PREJUDICE**, each of the parties bearing their own attorneys' fees and costs.

Dated this ___ day of December, 2017.

_____
SUSAN P. WATTERS
United States District Judge