IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
DEC 15 2017
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| THOMAS CURTIS and JANICE CURTIS,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO GENERAL AGENCY, INC., SAFECO INSURANCE, and JOHN DOES 1-10,<br><br>Defendants. | CV 17-94-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 11), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that the Jury Trial set for October 29, 2018 is **VACATED.**

DATED this 14th day of December, 2017.

Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1